FILED
February 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:＿＿＿＿＿NM＿＿＿＿＿
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **D.D.M.** *et al.*, | § |
| Petitioners, | § § § |
| v. | §   NO. SA-26-CV-788-OLG |
| **JOSE RODRIGUEZ** *et al.*, | § § |
| Respondents. | § |

## ORDER FOR SERVICE

Before the Court is the Complaint for Declaratory and Injunctive Relief, Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by Petitioners D.D.M., L.S.D.T., and L.D.D.S., who are currently detained at the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested to the Office of the United States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Dilley Immigration Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail return receipt requested at the following address:

**Warden**
**Dilley Immigration Processing Center**
**300 El Rancho Way**
**Dilley, TX 78017**

Delivery by certified mail return receipt requested of those documents shall constitute sufficient service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 5 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.*

2. If Petitioners elects to file a reply, they may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** on February 9, 2026.

_____
ORLANDO L. GARCIA
United States District Judge