**FILED**
February 18, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____**NM**_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| D.D.M. *et al.*, | § |
| Petitioners, | § |
| v. | §   NO. SA-26-CV-788-OLG |
| JOSE RODRIGUEZ *et al.*, | § |
| Respondents. | § |

## ORDER

Pending before the Court is Respondents' Advisory to the Court (Dkt. No. 5), in which they represent that they have released Petitioners from custody, rendering this habeas proceeding moot. *See* Dkt. No. 5. The Court agrees. Because the relief sought herein has been granted, this action is now moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Complaint for Declaratory and Injunctive Relief, Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on February \_\_18\_\_, 2026.

_____
ORLANDO L. GARCIA
United States District Judge